IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE FAUCHER | : | |
| Plaintiff, | : | |
| | : | Docket No.: 3:15-cv-01630 |
| v. | : | (Magistrate Judge |
| | : |  Saporito) |
| | : | |
| LEIGHTON FORD, INC., et al, | : | |
| Defendants. | : | |

ORDER

AND NOW, this 6th day of October, 2016, upon consideration of the motion to dismiss (Doc. 22) filed by the defendant Lehighton Water Authority, and pursuant to the Memorandum filed this date, IT IS HEREBY ORDERED that:

1. The motion to dismiss (Doc. 22) is DENIED.

2. The defendant Lehighton Water Authority shall file an answer to the amended complaint within fourteen (14) days of the date of this Order.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: October 6, 2016